# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1663. JESSICA LEDBETTER v. LISA MULLIS.

Harold J. Ledbetter filed suit against Lisa Mullis in superior court. Subsequently, non-party Jessica Ledbetter filed several motions in the action, including a motion to substitute herself as plaintiff on the grounds that Harold Ledbetter had died and she was his only biological heir. The superior court denied all of the motions and suspended further proceedings in the action pending the probate court's appointment of an executor for the estate. Jessica Ledbetter filed this direct appeal. Mullis has filed a motion to dismiss.

As a general rule, a right of direct appeal only lies from a final judgment — that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). Here, the trial court's order did not resolve all the issues in the case. Thus, Jessica Ledbetter was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain appellate review, and her failure to do so deprives us of jurisdiction over this appeal. See *Underwood v. Dunn*, 215 Ga. App. 252, 252 (451 SE2d 129) (1994).

Consequently, Mullis's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 07/03/2024

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_    *, Clerk.*